UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMARCUS PORTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2871** |
| **JOHNATHEN TYNES, ET AL.** | **SECTION "D" (4)** |

### ORDER AND REASONS

Plaintiff Tomarcus Porter ("Porter") filed a **Motion to Enforce Judgment (ECF No. 38)** asking the Court to enforce a judgment in his favor against all defendants for their failure to file an answer or responsive pleading. Porter filed this *pro se* and *in forma pauperis* complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement at Rayburn Correctional Center. ECF No. 1. The defendants were served with summons and a copy of the complaint on June 25, 2025. ECF No. 28. Since that time, counsel enrolled for defendants on July 10, 2025. ECF No. 30. At the time of the filing of Porter's motion, defendants had yet to file an answer or responsive pleading.

The defendants in a prison conditions case may waive the filing of an answer or responsive pleading until otherwise ordered by the court. 42 U.S.C. § 1997e(g)(2). On August 21, 2025, defendants filed a motion to dismiss for failure to state a claim and lack of subject matter jurisdiction that is currently pending before the Court and set for submission on September 10, 2025. ECF No. 39. Porter, therefore, is not entitled to entry of, much less enforcement of a judgment against defendants in this case. Accordingly,

**IT IS ORDERED** that plaintiffs Tomarcus Porter's is **Motion to Enforce Judgment (ECF No. 38) DENIED** as premature.

New Orleans, Louisiana, this 28th day of August, 2025.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE