**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TOMARCUS PORTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2871** |
| **JOHNATHEN TYNES, ET AL.** | **SECTION: D (4)** |

**ORDER**

The Court, having considered the Motion for Summary judgment filed by plaintiff, Tomarcus Porter (R. Doc. 34), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 43), and the lack of objections thereto, finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. As such, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment (R. Doc. 34) is **DISMISSED WITHOUT PREJUDICE** as premature.

New Orleans, Louisiana, October 21, 2025.

*[signature: Wendy B. Vitter]*

**WENDY B. VITTER**
**United States District Judge**